IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-C-61457-CIV-DIMITROULEAS-ROSENBAUM

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

v.

CARIBBEAN WEDDING ASSOCIATION , LLC,
And JACQUELINE JOHNSON,

    Defendants.
_____/

MOTION TO WITHDRAW AND
FOR SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned attorneys, in the above-styled case, pursuant to S.D. Fla. L. R. 11.1(D) and move this Court for entry of an Order granting leave for the undersigned attorneys to withdraw and approving the substitution of the law firm of SHUTTS & BOWEN LLP as counsel of record for the Defendants, CARIBBEAN WEDDING ASSOCIATION, LLC, and JACQUELINE JOHNSON.

Undersigned attorney, John D. O'Donnell, further request that he be relieved of further responsibility in this matter to Defendants, that all future correspondence, pleadings, notices and other documents be served upon substitute counsel, Shutts & Bowen LLP at the address set forth below.

| | |
|---|---|
| JOHN D. O'DONNELL, ESQUIRE<br>4367 North Federal Highway<br>Colonial Building, Suite 201<br>Fort Lauderdale, FL 33308<br>Telephone. (954) 491-2700<br>Facsimile. (954) 491-2111 | SIDNEY C. CALLOWAY, ESQUIRE<br>SHUTTS & BOWEN LLP<br>Attorneys for Defendants<br>200 East Broward Boulevard<br>Suite 2100<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 847-3833<br>Facsimile: (954) 888-3063 |
| By.  *s/John D. O'Donnell*<br>John D. O'Donnell<br>Florida Bar No.: 138480<br>jdoatty@aol.com | By:  *s/Sidney C. Calloway*<br>Sidney C. Calloway<br>Florida Bar No.: 790982<br>scalloway@shutts.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2009, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to *Counsel for the Plaintiff:* **Jeffrey Kamenetsky, Esquire, Christopher & Weisberg, P.A.,** 200 East Las Olas Boulevard, Suite 2040, Fort Lauderdale, Florida, 33301. and John D. O'Donnell, Esquire, 4367 N. Federal Highway, Suite 201, Fort Lauderdale, FL 33308.

By:  */s/ Sidney C. Calloway*
Sidney C. Calloway