IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-C-61457-CIV-DIMITROULEAS-ROSENBAUM

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

v.

CARIBBEAN WEDDING ASSOCIATION, LLC,
And JACQUELINE JOHNSON,

    Defendants.
_____/

## SHUTTS & BOWEN LLP 'S MOTION TO WITHDRAW SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned attorney in the above-styled case, pursuant to S.D. Fla. L. R. 11.1(D) and move this Court for entry of an Order granting Shutts & Bowen LLP's Motion to Withdraw its previous Motion **[D.E. 14]** to be permitted to be substituted as counsel of record for Defendants, CARIBBEAN WEDDING ASSOCIATION, LLC, and JACQUELINE JOHNSON.

As grounds therefore and in support of its Motion, Shutts & Bowen LLP states the following:

1.    On Friday, March 6, 2009, undersigned attorney was alerted to the potential for a direct conflict of interest issue pertaining to past representation by a recently hired contract partner ("Partner") on behalf of Plaintiff, CARIBBEAN WEDDING, INC.

2.    After diligent inquiry, including conferral with Plaintiff's counsel and the Partner, undersigned counsel deems that a direct conflict of interest exists, under the Rules regulating the

FTLDOCS 5408006 1

Florida Bar, Sections 4-1.7 and 4-1.10.

3. Shutts & Bowen LLP has served Notice of this Motion to Withdraw Substitution of Counsel upon Defendants, through their current counsel of record and opposing counsel.

WHEREFORE, Shutts & Bowen LLP pray this Honorable Court enter its order denying as moot the previous Motion to Withdraw And For Substitution of Counsel **[D.E. 14]** and granting Shutts & Bowen LLP's Motion to Withdraw its prior request to be substituted as counsel of record for Defendants, and for such other relief deemed just and proper.

>                SIDNEY C. CALLOWAY, ESQUIRE
>                SHUTTS & BOWEN LLP
>                Attorneys for Defendants
>                200 East Broward Boulevard
>                Suite 2100
>                Fort Lauderdale, FL  33301
>                Telephone:  (954) 847-3833
>                Facsimile:   (954) 888-3063
>
> By:     *s/Sidney C. Calloway*
>                Sidney C. Calloway
>                Florida Bar No.: 790982
>                scalloway@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2009, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to *Counsel for the Plaintiff:* **Jeffrey Kamenetsky, Esquire, Christopher & Weisberg, P.A.,** 200 East Las Olas Boulevard, Suite 2040, Fort Lauderdale, Florida, 33301 and John D. O'Donnell, Esquire, 4367 N. Federal Highway, Suite 201, Fort Lauderdale, FL 33308.

By: _/s/ *Sidney C. Calloway*_
Sidney C. Calloway