UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC,
and JACQUELINE JOHNSON,

    Defendants.
_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court upon the Motion to Withdraw and for Substitution of Counsel, filed herein on March 6, 2009. [DE 14]. The Court has carefully considered the Stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw and for Substitution of Counsel [DE 14] is hereby **GRANTED**;

2. The attorney John D. O'Donnell is hereby relieved of any further responsibility of representing Defendants Caribbean Wedding Association, LLC, and Jacqueline Johnson in this matter. The clerk is directed to remove John D. O'Donnell as attorney of record for Defendants and to substitute in its place Sidney C. Calloway, Esq. of the firm Shutts & Bowen as attorney of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of March, 2009.

                      WILLIAM P. DIMITROULEAS
                      United States District Judge

Copies furnished to:

Alan M. Weisberg, Esq.
Jeffrey Kamenetsky, Esq.
John D. O'Donnell, Esq.
Sidney C. Calloway, Esq.