UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC,
and JACQUELINE JOHNSON,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Shutts & Bowen LLP's Motion to Withdraw Substitution of Counsel [DE 15], filed on March 9, 2009.  The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

On March 6, 2009, the Defendants filed a Motion to Withdraw and for Substitution of Counsel [DE 14].  On March 9, 2009, the Court granted the Motion, allowing attorney John D. O'Donnell, Esq., to withdraw as attorney of record for Defendants.  Shutts & Bowen LLP now reports a conflict of interest that would prevent the firm from representing the Defendants in this case.  As this Court has already granted Mr. O'Donnell's Motion to Withdraw, allowing Shutts & Bown to withdraw would leave Caribbean Wedding Association, LLC, without counsel.  This Defendant, as a limited liability company, may only appear in federal court when represented by counsel.  Rowland v. California Men's Colony, 506 U.S. 194, 201-202 (1993) ("It has the been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel.  As the courts have recognized, the rationale for

that rule applies equally to all artificial entities." (citations omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants shall show cause on or before March 17, 2009, why the this Court should not vacate its previous Order [DE 16] granting Defendants' Motion to Withdraw and for Substitution of Counsel [DE 14], which allowed John D. O'Donnell to withdraw.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of March, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Alan M. Weisberg, Esq.
Jeffrey Kamenetsky, Esq.
John D. O'Donnell, Esq.
Sidney C. Calloway, Esq.