IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-CV-61457-DIMITROULEAS-ROSENBAUM

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION,
LLC, and JACQUELINE JOHNSON,

    Defendants.
_____/

## MOTION TO WITHDRAW AS DEFENDANTS COUNSEL

COMES NOW undersigned counsel for Defendants in this cause, pursuant to S.D. Fla. L.R. 11 (D) and seeks leave of Court from further representation of Defendants.

As and for grounds undersigned counsel states:

1. Despite numerous telephone calls, facsimiles and e-mails to Defendant Jacqueline Johnson, undersigned counsel has been unable to speak with or reach the Defendants.

2. The last communication between undersigned and Defendants was on March 2, 2009, when Jacqueline Johnson notified undersigned she had hired other counsel and instructing undersigned to turn the file over to the new firm, Shutts & Bowen.

3. Communications between undersigned and the Defendants over the course of this case have been so sparse and lacking that it is impossible for the undersigned to provide effective assistance of counsel. Specifically:

1

a. Despite numerous requests to do so, the Defendant has failed or refused to meet in person with undersigned counsel. All communications have been by telephone, facsimile, or e-mail.

b. Requests for documents made to Jacqueline Johnson by the undersigned, have been ignored. Among the documents were those that may have permitted the filing of a more expansive answer to the Complaint.

4. Requests and advices of the undersigned made to Defendant Jacqueline Johnson have been ignored. Undersigned counsel has no indication this will change.

**WHEREEFORE**, undersigned counsel moves this Court for an Order allowing counsel to withdraw.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically to JEFFREY KAMENETSKY, ESQUIRE, at jkamenetsky@cwiplaw.com, ALAN M. WEISBERG, ESQUIRE, at awesberg@cwiplaw.com, Attorneys for Plaintiffs, and JACQUELINE JOHNSON via fax 203-461-8427 and electronically at Jjohnsonctc@aol.com on this 24th day of March, 2009.

Respectfully submitted,

JOHN D. O'DONNELL, P.A.
Colonial Bldg., Suite 201
4367 North Federal Highway
Fort Lauderdale, FL 33308
Fax: (772) 340-2744
Telephone: (954) 491-2700

By: *John D. O'Donnell*
JOHN D. O'DONNELL
Florida Bar No. 138480
jdoatty@aol.com