UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC,
and JACQUELINE JOHNSON,

    Defendants.
_____/

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR FAILURE TO FOLLOW THIS COURT'S ORDERS**

THIS CAUSE is before the Court sua sponte.

This Court's Order of September 15, 2008, directed the parties to file a Joint Scheduling Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. [DE-35]. The Defendants answered on February 10, 2009, however, a joint scheduling report has not been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause why this case should not be dismissed for failure to follow this Court's Order, and shall further file a status report by April 10, 2007, as to the status of this case. Failure to timely file a status report as ordered may result in dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of March, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record