UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC,
and JACQUELINE JOHNSON,

    Defendants.
_____/

## ORDER DEFERRING RULING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

THIS CAUSE is before the Court upon John D. O'Donnell, Esq.'s Motion to Withdraw as Counsel for Defendants, filed herein on March 23, 2009. [DE-19], duplicate filed on March 24, 2009 [DE-20]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court will defer ruling on the Motion to Withdraw until Defendants have had an opportunity to respond. The Court will allow the Defendants to file any objections to the Motion to Withdraw and to obtain new counsel. However, the Court also notes that corporations cannot appear *pro se* and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-86 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); Nat'l Indep. Theater Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F. 2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985). Thus, a failure to timely file objections will result in the granting of the Motion to Withdraw only as to Defendant Jacqueline Johnson and not Defendant Caribbean Wedding Association, LLC.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Court will defer ruling until April 10, 2009 to hear objections to the instant Motion and to afford Defendants an opportunity to obtain new counsel.

2) Counsel for Defendants is directed to deliver a copy of this Order upon Defendants no later than Friday, March 27, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of March, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record