UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC
and JACQUELINE JOHNSON,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

THIS CAUSE is before the Court upon the Motion to Withdraw as Attorney for Defendants submitted by Sidney Calloway of Shutts & Bowen LLP, herein on March 9, 2009. [DE-15]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On March 6, 2009, Defendants' counsel John D. O'Donnell sought to withdraw as counsel and substitute Sidney Calloway in his place [DE-14]. The Court granted the Motion on March 9, 2009. [DE-16]. However, counsel then filed the instant Motion, seeking to withdraw as attorney for Defendants by citing conflicts of interest. On March 13, 2009, the Court vacated that Order given the instant Motion and required a response from Defendants on or before March 30, 2009. [DE-18]. The Order reinstated John D. O'Donnell as counsel and required a response as to why Shutts & Bowen should not be allowed to withdraw. The Order indicated that a failure to respond would result in the granting of the motion. No response has been filed and the time for filing has passed.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Withdraw as

Attorney [DE-15] is hereby **GRANTED**.  Sidney Calloway and the law firm of Shutts & Bowen LLP are hereby relieved of responsibility in this matter.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of April, 2009.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record