UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

Magistrate Judge Snow

Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC
and JACQUELINE JOHNSON,

    Defendants.
_____/

## ORDER TO SHOW CAUSE WHY CLERK SHOULD NOT BE DIRECTED TO SELECT MEDIATOR

THIS CAUSE is before the Court upon a review of the docket.

This Court's Order of March 27, 2009, directed the parties to agree upon a mediator within fifteen (15) days of that Order and advise the Clerk's office of their choice. [DE-26]. No such notification has occurred. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by April 27, 2009, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record