UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

        Magistrate Judge Rosenbaum

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC
and JACQUELINE JOHNSON,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court upon the Motions to Withdraw as Attorney for Defendants submitted by John D. O'Donnell. [DE-19; DE-20]. The Court has carefully considered the Motions and is otherwise fully advised in the premises.

Defendants' counsel John D. O'Donnell seeks to withdraw as counsel. This Court's Order of March 24, 2009 required Defendants to indicate why the instant Motions should not be granted. [DE-23]. The Order indicated that a failure to respond would result in the granting of the motion. No response has been filed and the time for filing has passed. However, as the Court has noted, corporations cannot appear *pro se* and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-86 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); Nat'l Indep. Theater Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F. 2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985). Therefore, the Motion will be granted only as it pertains to Defendant Jacqueline Johnson.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Motions to Withdraw as Attorney [DE-19; DE-20] are hereby **GRANTED IN**

**PART**.  Counsel John D. O'Donnell is hereby relieved of responsibility in this matter as it pertains to Defendant Jacqueline Johnson.

2) Defendant Caribbean Wedding Association, LLC shall respond on or before April 27, 2009 as to why Counsel John D. O'Donnell should not be allowed to withdraw.  A failure to respond to this Court's Order will result in the granting of the withdrawal and the striking of all documents filed by Defendant, resulting in a failure to timely appear.

3) Counsel shall serve a copy of this Order on Defendants on or before April 15, 2009 and file proof of such service.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of April, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record