UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61457-CIV-DIMITROULEAS/Rosenbaum

CARIBBEAN WEDDINGS, INC.,

       Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC
and JACQUELINE JOHNSON,

       Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of Holland & Knight LLP hereby gives notice of its appearance in this action as counsel for Defendant Jacqueline Johnson and requests that copies of all future filings and correspondence in this action be directed and forwarded to Tiffani G. Lee, Esq., of Holland & Knight LLP at the address shown below.

Dated: April 20, 2009.

                              Respectfully submitted,

                              **HOLLAND & KNIGHT LLP**

                              s/ Tiffani G. Lee
                              Tiffani G. Lee
                              Florida Bar No. 0132217
                              E-mail: tiffani.lee@hklaw.com
                              Brian A. Briz
                              Florida Bar No. 657557
                              E-mail: brian.briz@hklaw.com
                              701 Brickell Avenue, Suite 3000
                              Miami, FL 33131
                              Tel: (305) 789-7725
                              Fax: (305) 789-7799

                              *Attorneys for Defendant Jacqueline Johnson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via electronic mail to Jeffrey Kamenetsky (jkamenetsky@cwiplaw.com), Alan Weisberg (aweisberg@cwiplaw.com) and Garrett Barten (gbarten@cwiplaw.com) of CHRISTOPHER & WEISBERG, P.A., Attorneys for Plaintiff, 200 East Las Olas Boulevard, Suite 2040, Ft. Lauderdale, FL 33301.

s/ Tiffani G. Lee

# 6254456_v1