UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

Magistrate Judge Snow

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC
and JACQUELINE JOHNSON,

    Defendants.
_____/

## ORDER APPROVING STIPULATION

THIS CAUSE is before the Court upon the Stipulation for Substitution of Counsel [DE-32]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Stipulation is hereby **APPROVED**. Counsel John D. O'Donnell is hereby relieved of responsibility in this matter and the law firm of Holland and Knight is hereby recognized as the counsel of record for Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 22nd day of April, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record