

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-CV-61457 DIMITROULEAS/ROSENBAUM

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC and JACQUELINE JOHNSON,

    Defendants.

## PARTIES' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Caribbean Weddings, Inc. and defendants Caribbean Wedding Association, LLC and Jacqueline Johnson (the Parties) respond to this Court's Order to Show Cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators.

The Parties have conferred on the matter, and are unable to reach an agreement as to the selection of a mediator. Accordingly, the Parties consent to the Clerk randomly selecting a mediator from the list of certified mediators.

WHEREFORE, the Parties respectfully request the Court to instruct the Clerk to randomly select a mediator from the list of certified mediators.

Dated: April 27, 2009

By: ___/s/ Alan M. Weisberg              By:___/s/ Tiffani G. Lee

Alan M. Weisberg, Esq.                           Tiffani Gay Lee



| | |
|---|---|
| FL Bar No. 479,349 | Florida Bar No. 132,217 |
| Jeffrey H. Kamenetsky, Esq., | Holland & Knight, LLP |
| FL Bar No. 114,571 | 701 Brickell Avenue |
| Christopher & Weisberg, P.A. | Suite 3000 |
| 200 East Las Olas Blvd. | Miami, FL 33131 |
| Suite 2040 | Tel: (305) 789-7725 |
| Fort Lauderdale, FL 33301 | Fax: (305) 789-7799 |
| Tel:  (954) 828-1488 | *Attorneys for Defendants* |
| Fax:  (954) 828-9122 | |
| *Attorneys for Plaintiff, CWI* | |

152957