UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  08-CV-61457 DIMITROULEAS/SNOW

CARIBBEAN WEDDINGS, INC.,

    Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC and JACQUELINE JOHNSON,

    Defendants.



## NOTICE OF APPEARANCE

The undersigned counsel for plaintiff Caribbean Weddings, Inc. files this Notice of Appearance in the above-styled cause. The undersigned requests that all pleadings, motions, correspondence, discovery material and other papers in this action be served upon the undersigned.

Dated:  June 09, 2009

Respectfully Submitted,

_____
Garrett A. Barten, Esq.,
FL Bar No. 55,371
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile : (954) 828-9122
gbarten@cwiplaw.com
*Attorneys for Plaintiff CWI*

## CERTIFICATE OF SERVICE

I hereby certify that on June 09, 2009, I filed the foregoing with the Clerk of this Court. I further certify that the foregoing was served via electronic mail on Tiffani Lee, Holland & Knight, LLP, 701 Brickell Avenue, Suite 3000, Miami, FL 33131.

_____
Garrett Ari Barten