UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61457-CIV-DIMITROULEAS

CARIBBEAN WEDDINGS, INC.,

Magistrate Judge Snow

Plaintiff,

vs.

CARIBBEAN WEDDING ASSOCIATION, LLC;
JACQUELINE JOHNSON & ASSOCIATES, INC.,
a Delaware corporation; and JACQUELINE JOHNSON,
an individual,

    Defendants.
_____/

**ORDER EXPEDITING RESPONSE**

THIS CAUSE is before the Court upon Plaintiff's Motion to Strike Reports [DE-75]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In light of the pending Motion for Summary Judgment and the approaching calendar call, the Court finds expedited briefing warranted.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants shall file a Response on or before Tuesday, August 25, 2009. Plaintiff may file a Reply on or before Thursday, August 27, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of August, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record